

# NUMBER 13-14-00086-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SMITA CHAKRAVARTHY,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On appeal from the 93rd District Court
of Hidalgo County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is currently before the Court on appellant's failure to file the brief by November 4, 2014 as ordered by this Court, and appellant's third motion for extension of time to file the appellate brief. The clerk's record was filed on June 4, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court granted counsel's first request for a 51 day extension of time to file

the brief. Counsel filed a second extension of time to file the brief requesting an additional 120 days. This Court granted in part and denied in part appellant's second motion for extension of time to file the brief and ordered counsel to file the brief on or before November 4, 2014. Counsel was informed that no further extensions would be granted absent exigent circumstances and that if the brief was not filed within the specified period of time, the Court would act appropriately to ensure that appellant's rights are protected. Rather than file the brief, appellant has now filed a third motion for extension of time requesting an additional 60 days to file the brief.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court GRANTS IN PART and DENIES IN PART appellant's third motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file the brief until December 22, 2014. This motion is DENIED insofar as the Court will not allow an extension until January 23, 2015. If counsel fails to file the brief within the foregoing specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4). Specifically, the Court will abate and remand this matter to the trial court with instructions to appoint new counsel.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of December, 2014.

2